MARK L. JAVITCH (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave., Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorneys for Plaintiff,*
*Michael Laughlin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Laughlin,<br><br>            Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc., et. al.,<br><br>            Defendants. | Case No.: 8:22-cv-02080-FWS-JDE<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT JP MORGAN CHASE & CO DBA JP MORGAN CHASE BANK ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, JP Morgan Chase & Co dba JP Morgan Chase Bank, in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant JP Morgan Chase & Co dba JP Morgan Chase Bank, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

RESPECTFULLY SUBMITTED this 11th day of July 2023

JAVITCH LAW OFFICE

By:   */s/ Mark L. Javitch*
Mark L. Javitch

Of Counsel to:
Michigan Consumer Credit Lawyers
39111 Six Mile Rd., Suite 142
Livonia, MI 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff*,
Michael Laughlin