MARK L. JAVITCH (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave., Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorneys for Plaintiff,*
*Michael Laughlin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Laughlin,<br><br>            Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc., et. al.,<br><br>            Defendants. | Case No.: 8:22-cv-02080-FWS-JDE<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT NCB ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, NCB Management Services, Inc, ("NCB") in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED,

Dated: August 3, 2023                           JAVITCH LAW OFFICE

1

|   |   |
|---|---|
| 1 | By:   /s/  *Mark L. Javitch* |
| 2 | Mark L. Javitch |
| 3 | Of Counsel to: |
| 4 | Michigan Consumer Credit Lawyers |
| 5 | 39111 Six Mile Rd., Suite 142 |
|   | Livonia, MI 48152 |
| 6 | Telephone: (248) 353-2882 |
| 7 | Facsimile: (248) 353-4840 |
| 8 | *Attorneys for Plaintiff*, |
| 9 | Michael Laughlin |

By:   /s/  *Mark L. Javitch*
Mark L. Javitch

Of Counsel to:
Michigan Consumer Credit Lawyers
39111 Six Mile Rd., Suite 142
Livonia, MI 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff*,
Michael Laughlin