**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Michael Laughlin,

       Plaintiff,

   v.

Experian Information Solutions, Inc., et. al.,

       Defendants.

Case No. 8:22-cv-02080-FWS-JDE _

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JP MORGAN CHASE, N.A. ONLY [56]**

///

///

///

# ORDER

Having considered and reviewed the Stipulation of Dismissal with Prejudice as to Defendant JP Morgan Chase, N.A. Only [56] (the "Stipulation"), filed by Plaintiff Michael Laughlin ("Plaintiff"), and Defendant JP Morgan Chase, N.A. ("Defendant JP Morgan Chase"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

All claims asserted by Plaintiff against Defendant JP Morgan Chase are hereby **DISMISSED WITH PREJUDICE**, with both sides (Plaintiff and Defendant JP Morgan Chase) to bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:  August 4, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE