Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Laughlin, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC, NCB Management Services, Inc., and JP Morgan Chase & Co dba JP Morgan Chase Bank,<br><br>        Defendants. | Case No.: 8:22-cv-02080-CJC-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Laughlin hereby voluntarily dismisses Experian Information Solutions, Inc., with prejudice, and each side bearing their own costs and attorney's fees.  No answer or motion for summary judgment has been filed.

Dated: August 15, 2023                    Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*