**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Laughlin,<br><br>       Plaintiff,<br><br>   v.<br><br>Experian Information Solutions, Inc., et. al.,<br><br>       Defendants. | Case No. 8:22-cv-02080-FWS-JDE<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [60]** |

///

///

///

- 1 -

　　　Having reviewed and considered the Stipulation of Dismissal with Prejudice [60] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

　　　The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief, with each side bearing their own costs and attorney's fees.

　　　**IT IS SO ORDERED**.

Dated:  September 26, 2023

_____
　　　Hon. Fred W. Slaughter
　　　UNITED STATES DISTRICT JUDGE